IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | 8:16CR219 |
| vs. | |
| RICHARD KILLEBREW, | ORDER |
| Defendant. | |

On February 22, 2017, defendant Richard Killebrew filed a Motion for Release of Property (Filing No. 24).  The defendant and the United States entered into a stipulation on March 14, 2017, providing for the return of the property (Filing No. 33).  Accordingly, Richard Killebrew's Motion for Release of Property is denied as moot.

IT IS SO ORDERED.

Dated this 15th day of March, 2017.

BY THE COURT:

s/ *Robert F. Rossiter, Jr.*
United States District Judge